Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2025 APR -4 AM 11: 14

Lindon David Micha-El Bey
Write the full name of each plaintiff or petitioner.

Case No. 25 cv 1995

-against-

URBAN FINANCIAL GROUP, INC. et al
Write the full name of each defendant or respondent.

Letter re: ORDER dated 3/28/25

This letter is to give your honor notice that the delay in processing, Reviewing, and rendering an incompleted Order has cause plaintiff to now be thrown out of his home illegall and unlawfully; plaintiff is now Sleeping in the subways, and will continue to do so until.

Respectfully, I strongly urge you reconsider your order, and look favorable on the facts of Law, and that the wrong property was foreclosed on too begin with; Plaintiff has no other address where he can receive mail. (see additional pages 2-3)

4.4.25
Dated

Lindon D. M. Bey
Signature

Lindon David Micha-El Bey
Name

Prison Identification # (if available)

c/o 1048 Elder Ave Bronx, New York 10472
Address         City         State    Zip Code

Will call it in
Telephone Number (if available)

E-mail Address (if available)

2

So all mail should continue to the address of record. Plaintiff is also requesting to know when will the 'explaination' portion of your Order will be filed, as to not further delay my time to appeal. I have no access to computer, or even my identification to attempt visiting a public venue.

Plaintiff is also requesting to know why is there a delay in the Marshals service of plaintiff complaint on defendants et al; is there anything else needed from plaintiff? If plaintiff chooses to not appeal your order, approximately how long will it take, and who do I contact at the Marshals office?

Again, plaintiff is surviving out of two bags, one clothes one papers, no monies, no internet access, currently using a borrowed phone because of this, no identification, All plaintiffs property left in his home is now at risk as has been threathened by Mr. Rahman, too be dumped for garbage if not moved in the next 2-3 weeks, this also includes all my Exhibits, and other papers to other matters with the CITY OF NEW YORK; My fathers Aviation Teaching material, Boards Simulator, video etc; Again I strongly urge you reconsider issuing a new order at the least putting me back in my home and barring Mr. Rahman and associates etc from entering upon/into property; and Barring Mrs. Lewis

from allowing anyone in as outlined.