UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDON DAVID MICHA-EL BEY,

Plaintiff,

-against-

URBAN FINANCIAL GROUP, INC., et al.,

Defendants.

1:25-CV-1995 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

By order dated May 26, 2026, and entered the next day, the court dismissed this *pro se* action, but granted Plaintiff 30 days' leave to replead some of his claims in an amended complaint. (ECF 13.) The Court warned Plaintiff that, if he failed to file an amended complaint within the time allowed, the Court would direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in that order and that the additional effect of the entry of judgment would be the Court's declination of consideration, under its supplemental jurisdiction, of Plaintiff's remaining state-law claims not dismissed in that order. (*Id.*)

By order dated July 1, 2026, and entered the next day, the Court granted Plaintiff a 30-day extension of time to file an amended complaint as specified by the Court's May 26, 2026 order. (ECF 17.)

On July 31, 2026, Plaintiff filed a letter-request and a motion for another 10-day extension of time to file an amended complaint. (ECF 18, 19, 20.) The Court grants these requests. If Plaintiff does not file an amended complaint within 10 days from the date of this order, the Court will direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in the Court's May 26, 2026 order. The effect of that judgment will be as described in the Court's May 26, 2026 order, which includes the Court declining to consider,

under its supplemental jurisdiction, Plaintiff's remaining state-law claims not dismissed in that order. *See* 28 U.S.C. § 1367(c)(3).

The Court directs the Clerk of Court to terminate ECF 19.

No further extensions of time will be granted.

SO ORDERED.

Dated: August 5, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.