UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDON DAVID MICHA-EL BEY,

Plaintiff,

-against-

URBAN FINANCIAL GROUP, INC., ET AL.,

Defendants.

25-cv-1995 (LLS)

CIVIL JUDGMENT

For the reasons stated in May 26, 2026, Order, this action is dismissed.

SO ORDERED.

Dated: September 24, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON,
United States District Judge